

**PURDUE**
UNIVERSITY.

OFFICE OF THE DEPARTMENT HEAD

Ronald F. Turco
Professor and Department Head

Justin E. Swanson, Esq. Vice President
BOSE PUBLIC AFFAIRS GROUP
111 Monument Circle, Suite 2700, Indianapolis, Indiana 46204

Dear Mr. Swanson;

Industrial hemp refers to the plant *Cannabis sativa* L. (Cannabaceae), one of the world's oldest cultivated crops, and a once-important source of oilseed and fiber in the United States. First grown in North America in 1606, the hemp industry continued until the Marihuana Tax Act of 1938 essentially ended legal US hemp production. Industrial hemp is the same plant species as marijuana. The marijuana form of *Cannabis* was bred for its production tetrahydrocannabinol (THC) while industrial hemp (IH) has been bred for low THC and possess an average THC concentration of less than three-tenths of one percent (0.3%) on a dry weight basis.

The research and production of IH were allowed under the 2014 US Farm Bill sec. 7606 *Legitimacy of industrial hemp research* and under Indiana Public Law Indiana Code at 15-15-13 (Senate Bill 357). Purdue University has been actively involved in the agricultural pilot program since 2014.

Our efforts on hemp include:
1) Helping to develop the background checks, interactions with Indiana State Police, DEA and with local authorities.
2) Applied for and received a federal permit to work with a schedule one material (*Cannabis* – Hemp.) This required us to undergo a site evaluation by DEA, provide a research plan and demonstrate proper seed storage security.
3) Acquired small grant to conduct early plot work.
4) Worked with state groups to manage expectations.
5) Have developed a team of faculty and extension educators from across the state and college.
6) Applied for and received a federal importation permit to allow us to bring hemp seed across the border from Canada and Europe.
7) At the end of August 2015, we held the first field day on hemp in Indiana. Field days were planned for experienced farmers, new farmers-organic farmers, law enforcement, extension educators, and the general public. We have held two subsequent field days related to hemp production.
8) With changes in the federal and state law, we have expanded to work with a select few farmers as we develop protocols and plans.
9) We have graduated an MS and Ph. D. student who worked on hemp and we are in the process of preparing publications from the work.

*Department of Agronomy*

Lilly Hall of Life Sciences, Room 2-444 ■ 915 West State Street ■ West Lafayette, IN 47907-2054
(765) 494-8077


EXHIBIT 1

**With the changes under Hemp Farming Act of 2018, we have:**

1) Hired an Extension specialist to help growers in the state set up their hemp production programs.
2) Work with some 30 companies as they start the process of establishing hemp as a commodity in the state
3) Worked with some 100 farmers as they develop their licensing packages and get ready for large scale production.
4) Expanded!

Indiana is well positioned for growing hemp: our climate and soils will support the crop, we are in a central location within the country and most importantly we have existing industries that need fiber, oil, and seed.

*Purdue University hemp research group feels Indiana can be a leader in meeting these challenges and that Indiana should lead the way in Midwest Hemp production.* Purdue Agriculture is making hemp a priority.

Ronald F. Turco, Professor and Head
Department of Agronomy | Purdue University
915 West State Street | West Lafayette | IN | 47907-2054
Web: https://ag.purdue.edu/Agry/
O: 765.494.8077 | E:rturco@purdue.edu