O:\RYA\RYA18A16.xml [file 2 of 13]                                                    S.L.C.

| 115TH CONGRESS<br>2d Session | HOUSE OF REPRESENTATIVES | REPORT<br>115–____ |
|---|---|---|

AGRICULTURE IMPROVEMENT ACT OF 2018

_____.—Ordered to be printed

Mr. Conaway, from the committee of conference,
submitted the following

## CONFERENCE REPORT

[To accompany H. R. 2]

The committee of conference on the disagreeing votes of the two Houses on the amendment of the Senate to the bill (H. R. 2), to provide for the reform and continuation of agricultural and other programs of the Department of Agriculture through fiscal year 2023, and for other purposes, having met, after full and free conference, have agreed to recommend and do recommend to their respective Houses as follows:

That the House recede from its disagreement to the amendment of the Senate and agree to the same with an amendment as follows:

In lieu of the matter proposed to be inserted by the Senate amendment, insert the following:

**SECTION 1. SHORT TITLE; TABLE OF CONTENTS.**

(a) SHORT TITLE.—This Act may be cited as the "Agriculture Improvement Act of 2018".

(b) TABLE OF CONTENTS.—The table of contents for this Act is as follows:

Sec. 1. Short title; table of contents.
Sec. 2. Definition of Secretary.

### TITLE I—COMMODITIES

#### Subtitle A—Commodity Policy

Sec. 1101. Definition of effective reference price.
Sec. 1102. Base acres.
Sec. 1103. Payment yields.
Sec. 1104. Payment acres.
Sec. 1105. Producer election.
Sec. 1106. Price loss coverage.
Sec. 1107. Agriculture risk coverage.
Sec. 1108. Repeal of transition assistance for producers of upland cotton.

EXHIBIT 3

*(8) Hemp production*

The Senate amendment provision amends the Agricultural Marketing Act of 1946 to allow States to regulate hemp production based on a state or tribal plan. The amendment requires that such plan includes information on locations of hemp production, testing for THC concentration, disposal of plants that are out of compliance, and negligence or other violations of the state or tribal plan. It requires the Secretary to establish a plan, in consultation with the U.S. Attorney General, for States and tribes without USDA approved plans to monitor and regulate hemp production. The section clarifies that nothing in this subtitle affects or modifies the Federal Food, Drug, and Cosmetic Act or authorities of the HHS Secretary and FDA Commissioner and clarifies that nothing in this title authorizes interference with the interstate commerce of hemp. (Sections 10111 & 10112)

The House bill contains no comparable provision.

The Conference substitute adopts the Senate provision with amendment, including auditing authority and a grandfather clause regarding program participation. (Sections 10113 and 10114)

In Sec. 297A, the Managers intend to clarify, within the hemp production subtitle, that hemp is defined as the plant cannabis sativa L, or any part of that plant, including seeds, derivatives, and extracts, with a delta-9 tetrahydrocannabinol (THC) concentration of not more than 0.3 percent on a dry weight basis.

In Sec. 297B, the Managers intend to authorize states and tribal governments to submit a state plan to the Secretary for approval to have primary regulatory authority over the growing and production of hemp. The Managers do not intend to limit what states and tribal governments include in their state or tribal plan, as long as it is consistent with this subtitle. For example, states and tribal governments are authorized to put more restrictive parameters on the production of hemp, but are not authorized to alter the definition of hemp or put in place policies that are less restrictive than this title.

Within 60 days of receiving a state or tribal plan, the Secretary must approve or deny the plan. The Secretary is required to consult with the Attorney General regarding the approval or denial of state plans, but the Managers intend for the final decision to be made by the Secretary. The consultation with the Attorney General should not alter the 60 day requirement to approve or deny a plan.

The Managers authorized the Secretary to audit state and tribal compliance with an approved plan and take corrective action, including revoking approval, based on a state or tribal government's noncompliance, as appropriate. The Managers intend to allow state and tribal governments to appeal decisions by the Secretary pertaining to a state or tribal plan for hemp production and do not intend to preclude a state or tribal government from resubmitting a new state or tribal plan for consideration at a later date. If a state or tribal plan is denied or revoked, the Managers intend for hemp production in that state or tribal area to fall under the Secretary's jurisdiction as authorized in section 297C.

The Secretary is authorized to provide technical assistance to states and Indian tribes to aid in the development of a state or tribal plan.

The Managers define negligent and other types of producer violations that require enforcement under a state or tribal plan. The Managers also set limits on who may participate in state or tribal plans. Any person convicted of a felony relating to a controlled substance shall be ineligible to participate under the state or tribal plan for a

10-year period following the date of the conviction. However, this prohibition shall not apply to producers who have been lawfully participating in a state hemp pilot program as authorized by the Agricultural Act of 2014, prior to enactment of this subtitle. Subsequent felony convictions after the date of enactment of this subtitle will trigger a 10-year nonparticipation period regardless of whether the producer participated in the pilot program authorized in 2014. Additionally, anyone who materially falsifies any information in their application to participate in hemp production through a state, tribal, or USDA plan shall be ineligible.

In Sec. 297C, the Managers intend to require the Secretary to develop a USDA plan or plans to be implemented in states and tribal territories that forego developing and submitting a state or tribal hemp production plan. The Managers expect the USDA plan or plans to meet the same content requirements as state and tribal plans in Sec. 297B. The USDA plan may contain, as determined by the Secretary, additional practices and procedures that are otherwise consistent with this subtitle. It is the Managers intent that the Secretary have discretion regarding the appropriate number of plans, one or more than one, needed to implement Sec. 297C.

The Managers require the Secretary to collect, maintain, and make accessible to Federal, state, territorial, and local law enforcement, real-time information regarding the status of a license or other authorization for all hemp producers, whether participating under a state, tribal, or USDA plan. The Managers encourage the Secretary to develop a memorandum of understanding with Federal law enforcement agencies to define the parameters of this system and to potentially share the costs of such information sharing system.

In Sec. 297D, the Managers clarify that the Secretary has the sole authority to issue guidelines and regulations regarding the production of hemp. However, nothing in this subtitle shall affect or modify the authority granted to the Food and Drug Administration and the Secretary of Health and Human Services under the Federal Food, Drug, and Cosmetic Act (21 U.S.C. 301 et seq.) or section 351 of the Public Health Service Act (42 U.S.C. 262), including for hemp-derived products. The Secretary is required to consult with the Attorney General on the promulgation of regulations, but ultimately, the regulations shall only be issued by the Secretary of Agriculture. To ensure that the Secretary moves forward with issuing regulations in as timely a fashion as possible, the Secretary shall periodically report to Congress with updates regarding implementation of this title.

While states and Indian tribes may limit the production and sale of hemp and hemp products within their borders, the Managers, in Sec. 10112, agreed to not allow such states and Indian tribes to limit the transportation or shipment of hemp or hemp products through the state or Indian territory.

*(9) Recognition and role of State lead agencies*

The House bill amends section 2(aa) of the Federal Insecticide, Fungicide, and Rodenticide Act ("FIFRA") to include a definition of "State lead agency" for the purposes of FIFRA. It amends section 22(b) of FIFRA by limiting regulations to those promulgated by the EPA or within the authority of a State lead agency. The subsection further amends section 23(a)(1) of FIFRA to authorize States or Tribes to establish and maintain uniform regulation of pesticide through cooperative agreement with the Administrator of the EPA ("Administrator"). The section further amends section 24(a) of

# H. R. 2

| Managers on the part of the HOUSE | Managers on the part of the SENATE |
|---|---|
| From the Committee on Agriculture, for consideration of the House bill and the Senate amendment, and modifications committed to conference: | |
| *[signature]* TX-11<br>Mr. CONAWAY | |
| *[signature]* PA 05<br>Mr. THOMPSON of Pennsylvania | |
| *[signature]* VA-6<br>Mr. GOODLATTE | |
| *[signature]*<br>Mr. LUCAS | |
| *[signature]*<br>Mr. ROGERS of Alabama | |
| *[signature]*<br>Mr. AUSTIN SCOTT of Georgia | |
| *[signature]*<br>Mr. CRAWFORD | |

## H. R. 2—Continued

| Managers on the part of the<br>HOUSE | Managers on the part of the<br>SENATE |
|---|---|
| *[signature]*<br>Mrs. HARTZLER | |
| *[signature]*<br>Mr. RODNEY DAVIS of Illinois | |
| *[signature]*<br>Mr. YOHO | |
| *[signature]*<br>Mr. ROUZER | |
| *[signature]*<br>Mr. MARSHALL | |
| *[signature]*<br>Mr. ARRINGTON | |
| *[signature]*<br>Mr. PETERSON | |
| *[signature]*<br>Mr. DAVID SCOTT of Georgia | |

# H. R. 2—Continued

| Managers on the part of the HOUSE | Managers on the part of the SENATE |
|---|---|
| Mr. COSTA | |
| | |
| Ms. FUDGE | |
| Mr. MCGOVERN | |
| Mr. VELA | |
| | |
| Ms. KUSTER of New Hampshire | |
| Mr. O'HALLERAN | |

RYA18891 S.L.C.

# H. R. 2—Continued

| Managers on the part of the HOUSE | Managers on the part of the SENATE |
|---|---|
| From the Committee on Education and the Workforce, for consideration of secs. 4204, 4205, and 9131 of the House bill, and modifications committed to conference: | |
| *[signature]* <br> Ms. FOXX | |
| *[signature]* <br> Mr. ALLEN | |
| *[signature]* <br> Ms. ADAMS | |
| | |
| | |
| | |
| | |

# H. R. 2—Continued

| *Managers on the part of the* **HOUSE** | *Managers on the part of the* **SENATE** |
|---|---|
| From the Committee on Energy and Commerce, for consideration of subtitles A and B of title VI, secs. 6202, 6203, 6401, 6406, 6407, 6409, 6603, 7301, 7605, 8106, 8507, 9119, 9121, and 11101 of the House bill, and secs. 6116, 6117, 6202, 6206–09, 6301, 6303, 7412, 9102, 9104, 9106, 9111–13, 12408, 12627, and 12628 of the Senate amendment, and modifications committed to conference: | |
| ▄▄▄▄▄▄ | |
| *[signature]* <br> Mr. CRAMER | |
| ▄▄▄▄▄▄ | |
| | |
| | |
| | |
| | |

RYA18891                                                                S.L.C.

# H. R. 2—Continued

| Managers on the part of the HOUSE | Managers on the part of the SENATE |
|---|---|
| From the Committee on Financial Services, for consideration of sec. 12609 of the Senate amendment, and modifications committed to conference: | |
| ▬▬▬▬▬ | |
| ▬▬▬ | |
| ▬▬▬▬▬▬▬▬▬ | |
| | |
| | |
| | |
| | |

# H. R. 2—Continued

| Managers on the part of the HOUSE | Managers on the part of the SENATE |
|---|---|
| From the Committee on Foreign Affairs, for consideration of title III of the House bill, and modifications committed to conference: | |
| *[signed]* Ed Royce<br>Mr. ROYCE | |
| *[signed]* Steve Chabot<br>Mr. CHABOT | |
| *[signed]* Eliot L. Engel<br>Mr. ENGEL | |
| | |
| | |
| | |

# H. R. 2—Continued

| Managers on the part of the HOUSE | Managers on the part of the SENATE |
|---|---|
| From the Committee on Natural Resources, for consideration of secs. 2802, 6408, 8104, 8107, 8109, subtitles B and C of title VIII, 8402, 8502, 8503, 8506, 8507, 8509, 8510, 9111, 11614, and 11615 of the House bill, and sec. 2425, subtitle D of title VIII, secs. 8601, 8611, 8621–28, 8631, 8632, 12515, 12601, and 12602 of the Senate amendment, and modifications committed to conference: | |
| *(signature)* <br> Mr. BISHOP of Utah | |
| *(signature)* <br> Mr. WESTERMAN | |
| *(signature)* <br> Mr. GRIJALVA | |
| | |
| | |
| | |

RYA18891 S.L.C.

Page 9 of 13

# H. R. 2—Continued

| *Managers on the part of the* **HOUSE** | *Managers on the part of the* **SENATE** |
|---|---|
| From the Committee on Oversight and Government Reform, for consideration of secs. 1601, 4022, 4026, 8502, and 11609 of the House bill, and secs. 3113, 7128, 8623, 8630, 8632, 12301, and 12407 of the Senate amendment, and modifications committed to conference: | |
| ▬▬▬▬▬ | |
| *[signature]* Mr. COMER | |
| ▬▬▬▬▬ | |
| | |
| | |
| | |
| | |

# H. R. 2—Continued

| Managers on the part of the HOUSE | Managers on the part of the SENATE |
|---|---|
| From the Committee on Science, Space, and Technology, for consideration of sec. 7509 of the House bill, and sec. 7409 of the Senate amendment, and modifications committed to conference: | |
| Mr. ABRAHAM | |
| Mr. DUNN | |
| Ms. EDDIE BERNICE JOHNSON of Texas | |
| | |
| | |
| | |
| | |

# H. R. 2—Continued

| Managers on the part of the HOUSE | Managers on the part of the SENATE |
|---|---|
| From the Committee on Transportation and Infrastructure, for consideration of secs. 2404, 6223, 6224, 6503, 9117, and 9118 of the House bill, and secs. 2415, 2416, 6124, 6304, and 7412 of the Senate amendment, and modifications committed to conference: | |
| Mr. DENHAM | |
| Mr. GIBBS | |
| Mrs. BUSTOS | |
| | |
| | |
| | |

RYA18891                                                                     S.L.C.

## H. R. 2—Continued

| Managers on the part of the HOUSE | Managers on the part of the SENATE |
|---|---|
|  | Mr. ROBERTS *[signature]* |
|  | Mr. MCCONNELL *[signature]* |
|  | Mr. BOOZMAN *[signature]* |
|  | Mr. HOEVEN *[signature]* |
|  | Mrs. ERNST *[signature]* |
|  | Ms. STABENOW *[signature]* |
|  | Mr. LEAHY *[signature]* |
|  | Mr. BROWN *[signature]* |

RYA18891 S.L.C.

## H. R. 2—Continued

| Managers on the part of the HOUSE | Managers on the part of the SENATE |
|---|---|
| | *signature* Ms. HEITKAMP |
| | |
| | |
| | |
| | |
| | |
| | |
| | |