# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

October 16, 2019

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 19-3034
>
> Caption:
> C.Y. WHOLESALE, INC., et al.,
> Plaintiffs - Appellees
>
> v.
>
> ERIC HOLCOMB, et al.,
> Defendants - Appellants

> District Court No: 1:19-cv-02659-SEB-TAB
> Clerk/Agency Rep Laura A. Briggs
> District Judge Sarah Evans Barker
>
> Date NOA filed in District Court: 10/15/2019

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**(form ID: **188**)